# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-503-RJC-DCK *SEALED*

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| **LOMBARDO, DANIELS & MOSS, LLC, et al.,** | ) |
| | ) |
| Defendants. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on "FTC's *Ex Parte* Motion To Temporarily Seal Case File" (Document No. 1) filed August 21, 2017. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "FTC's *Ex Parte* Motion To Temporarily Seal Case File" (Document No. 1) is **GRANTED**.

**IT IS, FURTHER ORDERED** that the docket in the above-captioned matter be sealed, and that the FTC's Complaint, TRO Motion, all other papers in the above-captioned matter be filed under seal.

**IT IS FURTHER ORDERED** that while the case file remains sealed, the Clerk shall make no notation of the aforementioned materials on the docket, the public record or PACER system, and the Clerk **shall not** send any notice of the aforementioned materials to counsel appearing of record.

**IT IS FURTHER ORDERED** that, unless otherwise ordered or provided, the seal entered by this Order shall dissolve at **5:00 p.m. on August 24, 2017**.

This Order shall not be construed to prohibit service or other disclosure by the FTC, any Monitor appointed by the Court, or those acting at their discretion, of any temporary restraining order entered in this case, and any papers filed in support thereof, to: (1) the parties; (2) non-party financial institutions or other third parties that may be holding any assets of Defendants, or (3) any domestic or foreign law enforcement agency.

**SO ORDERED**.

Signed: August 22, 2017

_David C. Keesler_
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff.