IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-503-RJC-DCK

| FEDERAL TRADE COMMISSION, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| LOMBARDO, DANIELS & MOSS, LLC, et al., | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 29) filed by Michael F. Anderson, concerning Richard B. Newman, Esq. on September 20, 2017. Mr. Richard B. Newman, Esq. seeks to appear as counsel *pro hac vice* for Defendants Charles Montgomery, III and Lombardo, Daniels & Moss LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice*" (Document No. 29) is **GRANTED.** Mr. Richard B. Newman, Esq. is hereby admitted *pro hac vice* to represent Defendants Charles Montgomery, III and Lombardo, Daniels & Moss LLC.

**SO ORDERED**.

Signed: September 20, 2017

David C. Keesler
United States Magistrate Judge