IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-CV-503-RJC-DCK

| FEDERAL TRADE COMMISSION, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | ORDER |
| v. | ) ) | |
| LOMBARDO, DANIELS & MOSS, LLC, et al., | ) ) ) | |
| Defendants. | ) | |

**THIS MATTER** comes before the Court on Kenneth D. Bell's ("Receiver") Application for Fees and Expenses by the Receiver and His Advisors, (Doc. No. 53), and the Federal Trade Commission's ("FTC") Non-Opposition to Receiver's Application for Fees and Expenses, (Doc. No. 54). In the Motion, Receiver and Receiver's counsel McGuire Woods LLP ("MW") seek allowance of compensation and reimbursement of expenses incurred by the Receiver and MW during the period the Receivership was in place.

Specifically, Receiver contends that Receiver and MW attorneys and paraprofessionals have expended a total of 126 hours working on this matter, which represents $52,769.21 in legal fees and expenses. (See Doc. No. 53-1, Ex. A). The Receiver and MW seek allowance of compensation for these services rendered in the amount of $24,364.32, which is the full amount collected and frozen in this matter. To the extent other Receivership Assets are located and collected in the future, the

1

Receiver asks that the Court authorize payment of those funds to MW for the fees and expenses incurred up to the total amount of $52,769.21.

After reviewing the Fee Application and accompanying exhibit and noting that no objections have been made by the FTC, the Court finds that the Receiver and MW have established that they are entitled to the amount requested. For the reasons outlined in the Receiver's Application, the Court hereby **GRANTS** the Receiver's Application for Fees and Expenses. Specifically, the Court orders that the Receiver and MW be awarded an allowance of **$24,634.32** for legal services rendered during the course of the Receivership and that the Receivership Estate be allowed to pay such amount to reimburse McGuireWoods LLP for approved expenses. And to the extent other Receivership Assets are located and collected in the future, the Court authorizes payment of those funds to MW for the fees and expenses incurred up to the total amount of **$52,769.21**. Upon payment of such sums, this case shall be dismissed with prejudice.

**SO ORDERED**.

Signed: October 5, 2018

Robert J. Conrad, Jr.
United States District Judge